IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSHIRE SERVICING CORP. as a
servicer for LASALLE NATIONAL BANK,
as Trustee for the registered
holders of SALOMON BROTHER MORTGAGE
SECURITIES VII, INC., Series 1997-
HUD2, as the beneficiary

   Plaintiff

vs.                                    CIVIL NO. 98-1864 (JP)

FERNANDO APONTE ORTIZ, et al.,

   Defendants

### THIRD AMENDED JUDGMENT

Pursuant to the parties' Stipulated Agreement, filed on March 2, 2000 (**docket No. 10**), which is hereby **APPROVED**, and made to form part hereof, Judgment is entered in accordance with the terms and conditions of said Stipulated Agreement. As Plaintiff has requested and obtained the Court's approval of the Stipulated Agreement, the Court **DENIES** Plaintiff's Request for Execution of Judgment and Appointment of a Special Master (**docket No. 9**).

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 12th day of May, 2000.

                                       JAIME PIERAS, JR.
                                  U. S. SENIOR DISTRICT JUDGE



AO 72A
(Rev.8/82)