IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LASALLE NATIONAL BANK, as Trustee
for the registered holders of SALOMON
BROTHERS MORTGAGE SECURITIES,
INC., SERIES 1997-HUD2, by WILSHIRE
SERVICING CORPORATION as attorney in
fact

CIVIL NO. 98-1864(JP)

     Plaintiff,

COLLECTION OF MONEY
FORECLOSURE OF MORTGAGE

     v.

FERNANDO APONTE ORTIZ, his wife
HILDA CABAN BRIZZIE a/k/a/ HILDA
DEL CARMEN CABÁN BRIZZIE and
THE CONJUGAL PARTNERSHIP
CONSTITUTED BETWEEN THEM

     Defendants.

## ORDER

Upon plaintiff's motion requesting correction in the name of the plaintiff from Wilshire

Servicing Corp. as a servicer for Lasalle National Bank as Trustee for the registered holders

of Salomon Brother Mortgage Securities VII, Inc., Series 1997-HUD2, as the beneficiary to

LaSalle National Bank, as Trustee for the registered holders of Salomon Brothers Mortgage

Securities, Inc., Series 1997-HUD2, by Wilshire Servicing Corporation as attorney in fact,

**IT IS HEREBY GRANTED.**

Oct 30, 2000

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE



