IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSHIRE SERVICING CORP. as a             *
servicer for LASALLE NATIONAL BANK,       *
as Trustee for the registered             *
holders of SALOMON BROTHER MORTGAGE       *
SECURITIES VII, INC., Series 1997-        *
HUD2, as the beneficiary                  *
                                          *
Plaintiff                                 *
                                          *
vs.                                       *   CIVIL NO. 98-1864 (JP)
                                          *
FERNANDO APONTE ORTIZ, et al.,            *
                                          *
Defendants                                *
                                          *

**AMENDED WRIT OF EXECUTION**

THE UNITED STATES OF AMERICA          )
THE PRESIDENT OF UNITED STATES        )
THE COMMONWEALTH OF PUERTO RICO)
TO THE SPECIAL MASTER APPOINTED BY THIS COURT:

WHEREAS: On May 12, 2000, a Third Amended Judgment by stipulation was entered against the above-captioned case defendants Fernando Aponte Ortiz, his wife Hilda Cabán Brizzie a/k/a Hilda del Carmen Cabán Brizzie and the Conjugal Partnership Constituted between them. Upon failure to comply with the stipulation, defendants are ordered to pay $85,479.78 in principal, plus the amount of $27,976.73 in interests as of May 31, 2005, which continue to accrue at the rate of 8% per annum, $18.74 per day, until full payment, late charges in the amount of $1,167.88, plus non-sufficient funds charge of $10.00, Escrow

Civil 98-1864 (JP)

Advances, BPO/Appraisal/Inspection, in the amount of $358.66 and any disbursements made by plaintiff on behalf of defendants in accordance with the mortgage deed plus $9,255.00 for costs, disbursements and attorney's fees.

WHEREAS: This Judgment is final.

WHEREAS: The Court has emitted an Amended Order which literally reads as follows:

"**AMENDED ORDER OF EXECUTION**

Upon the motion filed by Plaintiff herein for the execution of the Third Amended Judgment by this Court on May 12, 2000 and it appearing from the records of this Court and from Plaintiff's motion that the Defendants failed to pay to the Plaintiff the sums of money adjudged to be paid under said judgment;

**IT IS HEREBY ORDERED** that Defendants owe Plaintiff the sum of $85,479.78 in principal, plus the amount of $27,976.73 in interests as of May 31, 2005, which continue to accrue at the rate of 8% per annum, $18.74 per day, until full payment, late charges in the amount of $1,167.88, plus non-sufficient fund charge of $10.00, Escrow Advances, BPO/ Appraisal/Inspection, in the amount of $358.66 and any disbursements made by plaintiff made on behalf of the defendants in accordance with the mortgage deed plus $9,255.00 for costs, disbursements and attorney's fees.

**IT IS HEREBY FURTHER ORDERED** that Reinaldo Cestero of

Civil 98-1864 (JP)

Cestero & Co. is appointed the Special Master and proceed forthwith and sell at public auction to the highest bidder, the property described in Spanish as follows:

> URBANA: Parcela de terreno señalada con el #26 del bloque A del proyecto "Parque de Isla Verde", radicada en el Barrio Cangrejo Arriba de Carolina, Puerto Rico, con una cabida de 25.00 metros cuadrados, en lindes por el: NORTE: en una extensión de 9.00 metros con la calle I-B del proyecto; SUR: en una extensión de 9.00 metros con futura calle Malecón; ESTE: en una extensión de 25.00 metros con lote #27 del bloque A del Proyecto; OESTE: en una extensión de 25.00 metros con lote #25 del bloque A del proyecto.
>
> ENCLAVA: Una unidad de vivienda de concreto reforzado. La misma consta de sala, comedor, cocina, salón familiar, lavandería, marquesina, tres dormitorios y dos baños.
>
> PROPIETARlO REGISTRAL: FERNANDO APONTE ORTIZ e HILDA DEL CARMEN CABAN BRIZZIE, quienes adquirieron por compra a Mansiones de la Marina, S.E. según escritura #99, otorgada en San Juan, el 28 de septiembre de 1992, ante Ismael Molina Serrano, inscrita al folio 211 del tomo 837 de Carolina I, inscripción Ira y única, finca #39281.

In virtue of the referenced mortgage, the above-mentioned property responds for the following amounts: the principal owed of the note, its interest until its full satisfaction, to guarantee the total and complete payment of the debt as evidenced by the above described promissory note, as well as each and every one of the conditions therein contained, and to further secure three additional amounts of nine thousand two hundred fifty five

Civil 98-1864 (JP)

dollars ($9,255.00) each, which are stipulated to cover (a) interest in addition to those secured by law, (b) the amount which the debtor undertakes to pay as a liquidated amount without necessity for liquidation and approval by the court to cover costs, expenses and attorney's fees in the event the holder of the Note has to take recourse to foreclosure or judicial collection, and (c) any other advances that may be made under this contract in addition to the amounts stated in the note. The property herein above described is to be sold in the manner and form provided in said judgment and as herein further provided:

    a. said public sale shall be had at the office of the Clerk of this Court, or the United States Marshal for this District;

    b. notices of sale shall be published by the Special Master once a week for at least four (4) weeks prior to the date of the sale, in a newspaper printed regularly and having a general circulation in the island of Puerto Rico;

    c. the Special Master at the sale shall not accept in payment of the property to be sold anything but United States currency or certified checks, except in case the property be sold and adjudicated to the Plaintiff, in which case the amount of the bid made by Plaintiff shall

Civil 98-1864 (JP)

        be credited and deducted from its mortgage credit; the Plaintiff being bound to pay in cash or certified check only any excess of its bid over the secured indebtedness then remaining unsatisfied;

d. the Special Master may, either personally or by some person designated by him to act in his name and by his authority, adjourn the sale from time to time without further publication;

e. upon the confirmation of the sale by this Court, the Special Master shall execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

f. The minimum bid set for the first public sale shall be $92,550.00.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 16th day of September, 2005.

                              <u>S/ Jaime Pieras, Jr.</u>
                              JAIME PIERAS, JR.
                      U.S. SENIOR DISTRICT JUDGE "

THEREOF you, the Special Master appointed by this Court, pursuant to the Judgment entered on May 12, 2000, and Amended Order of Execution which is literally transcribed above, are requested to proceed with the execution of said Judgment, in accordance with their terms and applicable law.

Civil 98-1864 (JP)

THEREOF: The minimum bid set for the first public sale shall be $92,550.00. Issued under my signature and with the seal of the Court, this 5th day of October, 2005.

Frances Rios de Moran<br>
CLERK OF U.S. DISTRICT COURT<br>
<br>
BY: _____<br>
Deputy Clerk